[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-13517

Non-Argument Calendar

_____

ALEXANDER HORVATH,

Petitioner-Appellant,

*versus*

U.S. SECRETARY OF STATE,
U.S. ATTORNEY GENERAL,
MICHAEL S. YEAGER,
U.S. Marshal, Northern District of Georgia,
WARDEN, ROBERT A. DEYTON DETENTION
FACILITY,

Respondents-Appellees.

2                    Opinion of the Court                    22-13517

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-01413-AT

_____

Before ROSENBAUM, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

The government's unopposed motion to dismiss this appeal is GRANTED and this appeal is DISMISSED as MOOT.  Alexander Horváth's appeal from the district court's denial of his 28 U.S.C. § 2241 petition for writ of habeas corpus has been mooted by his surrender and extradition to the Czech Republic.  *See Christian Coal. of Fla., Inc. v. United States*, 662 F.3d 1182, 1189 (11th Cir. 2011); *Harden v. Pataki*, 320 F.3d 1289, 1299 (11th Cir. 2003).